RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 2 / 16 / 07
BY DM

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT HARPER, et ux | CIVIL ACTION NO. 06-1756 |
| VERSUS | DISTRICT JUDGE S. MAURICE HICKS, Jr |
| USAA INSURANCE AGENCY, Inc., et al | MAGISTRATE JUDGE JAMES D. KIRK |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Transfer, **Doc. #18**, is GRANTED. This case is ORDERED TRANSFERRED to the United States District Court for the Eastern District of Louisiana in New Orleans.

**THUS DONE AND SIGNED**, in chambers, in ~~Alexandria~~ Shreveport, Louisiana, on this 15th day of February, 2007.

S. Maurice Hicks, Jr.

**UNITED STATES DISTRICT JUDGE**